# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey Trent, | No. CV-23-02105-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Insurance Company of the Southeast, | |
| Defendant. | |

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 27), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of the putative class member she sought to represent. The parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 11th day of June, 2024.

Honorable John J. Tuchi
United States District Judge